

OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

RECEIVED
NOV 28 2005
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

November 22, 2005

Clerk, United States District Court
Northern District of Texas
Amarillo Division
205 East 5th, Room 210
Amarillo, Texas 79101

Re:  *Tommy Dewayne Johnson v. Doug Dretke,* No. 2:05-CV-0202

Dear Clerk:

Enclosed please find copies of the state court records for the above-named petitioner.

Please indicate the date of receipt on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope.

Sincerely,

STEPHEN HOFFMAN
Assistant Attorney General
Postconviction Litigation Division
(512) 936-1400

SH/gb
Enclosure
cc:   File